UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:16-CR-174-1H
Civil No. 5:17-CV-368-H

JESSIE LAMONT SCRIVEN,              )
                                    )
        Petitioner,                 )
                                    )
v.                                  )                   ORDER
                                    )
UNITED STATES OF AMERICA,           )
                                    )
        Respondent.                 )


Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing

§ 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant

to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as

appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct

Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This **23**$^{rd}$ day of August, 2017.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE