IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-174-H
NO. 5:17-CV-368-1H

JESSIE LAMONT SCRIVEN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

This matter is before the court on petitioner's motion [DE #45] for production of documents without cost. Petitioner seeks a copy of his plea agreement and a transcript of his sentencing hearing. For good cause shown, the clerk is directed to send a copy of the plea agreement [DE #26] to petitioner. There exists no transcript of the sentencing hearing because there was no appeal of the judgment in this matter. Therefore, the motion is denied as to the sentencing transcript.

This 4th day of October 2018.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26